

1111 Third Avenue
Suite 3000
Seattle, WA 98101

Main: 206.447.4400
Fax: 206.447.9700
foster.com

# EXHIBIT TO AUGUST 2021 MONTHLY OPERATING REPORT

Debtor answered "yes" to Part 7, Question a. On or about August 20, 2021, Debtor paid 36 employees and two independent contractors $20,011.44 on account of prepetition work. These payments are described and individually listed in: (1) *Debtor's Motion for Order (I) Approving Payment of Prepetition Wages, Withholding Obligations and Employee Benefits Nunc Pro Tunc and (II) Granting Related Relief* [D.I. 75] and (2) declarations filed by Bret Wirta [D.I. 76], Jeff McKee [D.I. 77], and Tara J. Schleicher [D.I. 78] in support of that motion. If there are any further questions, please do not hesitate to contact Debtor's counsel.