# Wirta Hotels LLC
# Balance Sheet
### As of August 31, 2021

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| FFSL Wirta Hotels Checking | 244,535.64 |
| Peoples Bank 3231 | 99,960.00 |
| Petty Cash | 300.00 |
| United Business Bank 4013 | 39,075.21 |
| United Business Bank 9922 | 192,501.56 |
| **Total Bank Accounts** | **$ 576,372.41** |
| **Other Current Assets** | |
| Gift Cards | 292.56 |
| Guest Ledger | 61,766.28 |
| Guest Payments in Transit | 26,222.55 |
| **Total Other Current Assets** | **$ 88,281.39** |
| **Total Current Assets** | **$ 664,653.80** |
| **Fixed Assets** | |
| Accumulated Depreciation | -2,232,382.86 |
| Building - Sequim Quality Inn | 3,832,915.32 |
| Furniture & Appliances - Sequim Quality Inn | 128,993.84 |
| Land - Lot #3 | 164,735.00 |
| FF&E | 709,850.92 |
| Leasehold Improvements | 22,891.64 |
| **Total Fixed Assets** | **$ 2,627,003.86** |
| **Other Assets** | |
| Accumulated Amortization-Franchise Fees | -34,996.66 |
| Accumulated Amortization-Loan Fees | -53,857.78 |
| Accumulated Amortization-Organizational Costs | -2,062.00 |
| Accumulated Amortization-Startup Fees | -3,819.00 |
| Loan Fees | 444,035.21 |
| Organizational Costs | 2,062.00 |
| Prepaid Expenses | 3,757.99 |
| Prepaid Franchise Fees | 35,000.00 |
| Insurance Escrow | 9,294.90 |
| Real Estate Tax Escrow | 9,009.27 |
| Reserves WF FF&E | 269,092.20 |
| Security Deposit | 16,775.00 |
| Startup Fees | 3,819.00 |
| **Total Other Assets** | **$ 698,110.13** |
| **TOTAL ASSETS** | **$ 3,989,767.79** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |

| | | |
|---|---:|---:|
| **Accounts Payable** | | |
|   2000 Accounts Payable | | 139,379.49 |
| **Total Accounts Payable** | $ | **139,379.49** |
| **Credit Cards** | | |
|   First Fed CC 9848 | | 16,991.51 |
| **Total Credit Cards** | $ | **16,991.51** |
| **Other Current Liabilities** | | |
|   Accrued Expenses | | 21,345.86 |
|   Due to Holiday Inn Dental | | -189.72 |
|   Employer Taxes Payable | | 0.00 |
|     WA SUI Employer | | 504.15 |
|     WA Workers Compensation | | 5,074.11 |
|   **Total Employer Taxes Payable** | $ | **5,578.26** |
|   Franchise Fee Deferral Payable | | 15,750.00 |
|   Garnishment Payable | | -155.23 |
|   Insurance Expense Accrued | | 7,745.80 |
|   Real Estate Taxes Accrued | | 25,674.99 |
|   Security Deposit | | 15,000.00 |
|   Wells Fargo Interest Accrued | | 41,097.40 |
|   **Payroll Liabilities** | | |
|     Insurance | | -564.76 |
|     Payroll - Life Map Dental to Holiday Inn | | 11.84 |
|     WA Paid Family and Medical Leave Tax | | 211.00 |
|   **Total Payroll Liabilities** | -$ | **341.92** |
|   PPP Loan | | 142,898.00 |
|   Sales Tax Payable | | 38,708.57 |
| **Total Other Current Liabilities** | $ | **428,385.61** |
| **Total Current Liabilities** | $ | **584,756.61** |
| **Long-Term Liabilities** | | |
|   Nancy Schade Loan | | 633,684.00 |
|   Note WF 306230065 | | 4,247,491.45 |
| **Total Long-Term Liabilities** | $ | **4,881,175.45** |
| **Total Liabilities** | $ | **5,465,932.06** |
| **Equity** | | |
|   3900 Retained Earnings | | 466,861.90 |
|   Beginning Capital | | 226,649.43 |
|   Contributions Wirta | | 4,054,199.87 |
|   Distribution-Wirta | | -6,370,655.70 |
|   Net Income | | 146,780.23 |
| **Total Equity** | -$ | **1,476,164.27** |
| **TOTAL LIABILITIES AND EQUITY** | $ | **3,989,767.79** |