# Wirta Hotels
# Profit and Loss
## August 13-31, 2021

|  | Total |
|---|---:|
| **Income** | |
|   **4001 Daily Revenue** | |
|     4002 Other Revenue | 4,606.90 |
|     4003 Room Revenue | 339,131.96 |
|     4004 Marketplace Revenue | 1,541.89 |
|   **Total 4001 Daily Revenue** | **$ 362,010.75** |
| **Total Income** | **$ 362,010.75** |
| **Gross Profit** | **$ 362,010.75** |
| **Expenses** | |
|   **6100 Department Expenses** | |
|     6150 Marketplace Expenses | 150.30 |
|     **6200 Room Expenses** | |
|       **6001 Labor Costs and Related Expenses** | |
|         **6002 Salaries and Wages** | |
|           6004 Staff | 0.00 |
|         **Total 6002 Salaries and Wages** | **$ 0.00** |
|         6005 Employee Taxes | 3,385.72 |
|         6006 Supplemental Wages | 2,030.34 |
|       **Total 6001 Labor Costs and Related Expenses** | **$ 5,416.06** |
|       6221 Housekeeping Supplies | 712.68 |
|       6222 Guest Supplies | 8,890.30 |
|       **6223 Breakfast F&B** | 7,806.71 |
|         6241 Breakfast Bar Wages | 1,771.16 |
|       **Total 6223 Breakfast F&B** | **$ 9,577.87** |
|       6224 Reimbursed Hospitality | 22.49 |
|       6228 Training | 65.45 |
|       6231 Travel Agent Fees | 9,034.20 |
|       6239 Front Desk Wages | 7,888.87 |
|       6240 Housekeeping/Laundry Wages | 12,533.33 |
|     **Total 6200 Room Expenses** | **$ 54,141.25** |
|     **6355 Overhead Expenses** | |
|       **6300 Admin & General Expenses** | |
|         6305 Management Salary & Bonus | 2,617.46 |
|         6310 Bank Charges | 250.70 |
|         6320 Credit Card and Merchant Fees | 1,174.98 |
|         6325 Professional Services | 1,908.63 |
|         6330 Front Office and Supplies | 4,321.83 |
|         **6339 Taxes** | |
|           6345 B&O Tax | 347.68 |
|         **Total 6339 Taxes** | **$ 347.68** |
|       **Total 6300 Admin & General Expenses** | **$ 10,621.28** |
|       **6411 Sales & Marketing** | |

| | | |
|---|---:|---:|
| **6721 Choice Privileges Program** | | 298.06 |
| **Total 6411 Sales & Marketing** | $ | **298.06** |
| **6551 Utilities** | | |
|   **6565 Water** | | 0.00 |
|   **6575 Electricity** | | 6,592.29 |
| **Total 6551 Utilities** | $ | **6,592.29** |
| **6711 Property and Operational Maintenance** | | |
|   **6470 Repair and Maintenance** | | 225.61 |
|   **6480 Maintenance Wages** | | 1,865.41 |
| **Total 6711 Property and Operational Maintenance** | $ | **2,091.02** |
| Insurance | | 2,143.60 |
| **Total 6355 Overhead Expenses** | $ | **21,746.25** |
| **Total 6100 Department Expenses** | $ | **76,037.80** |
| **Total Expenses** | $ | **76,037.80** |
| **Net Operating Income** | $ | **285,972.95** |
| **Net Income** | $ | **285,972.95** |

Monday, Sep 20, 2021 10:15:37 AM GMT-7 - Accrual Basis