# Sequim Quality Inn and Suites
## A/P Aging Summary
### As of August 31, 2021

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Allbridge (formerly Bulk Internet)** | 1,726.97 | | | | | 1,726.97 |
| **Bell & Davis PLLC** | | 168.63 | | | | 168.63 |
| **Booking.com B.V.** | 7,702.56 | | | | | 7,702.56 |
| **Choice Hotels** | 38,479.23 | 23,341.98 | | | | 61,821.21 |
| **City Of Sequim** | | 4,213.06 | | | | 4,213.06 |
| **Clallam County Environmental Health** | | 1,243.00 | | | | 1,243.00 |
| **Clallam County PUD** | 3,829.10 | | | | | 3,829.10 |
| **DM Disposal Co. Inc.** | 1,182.50 | | | | | 1,182.50 |
| **Elevated Ice Cream Company** | 672.60 | | | | | 672.60 |
| **Expedia** | | 5,971.00 | | | | 5,971.00 |
| **Ferrellgas** | | 2,274.80 | | | | 2,274.80 |
| **Holiday Inn Express-Sequim** | | 2,448.76 | | | | 2,448.76 |
| **Sysco Seattle** | 5,845.38 | | | | | 5,845.38 |
| **TK Elevator** | 1,095.56 | | | | | 1,095.56 |
| **Ultra-Chem Inc.** | | 295.29 | | | | 295.29 |
| **WA Dept. of Revenue** | 38,438.78 | | | | | 34,438.78 |
| **Wave Broadband** | | 450.29 | | | | 450.29 |
| **TOTAL** | $ 98,972.68 | $ 40,406.81 | $ 0.00 | $ 0.00 | $ 0.00 | $ 135,379.49 |

Monday, Sep 20, 2021 05:24:01 PM GMT-7