

500 Ygnacio Valley Road • Suite 130
Walnut Creek, CA 94596

Wirta Hotels LLC
DBA The Quality Inn
General Account
7303 21st Ave NW
Seattle WA 98117-5624

Account Number: [redacted]9922
Period: 08/01/21 - 08/31/21
Images: 10

**SMALL BUSINESS CHECKING** [redacted]9922

### Summary of Activity Since Your Last Statement

| | | |
|---|---|---|
| Beginning Balance | 8/01/21 | $177,913.35 |
| Deposits / Misc Credits | 53 | $474,929.35 |
| Withdrawals / Misc Debits | 123 | $459,945.91 |
| Ending Balance | 8/31/21 | $192,896.79 |
| Service Charge | | .70 |
| Average Balance | | 207,135 |
| Average Collected Balance | | 207,135 |
| Minimum Balance | | 145,580 |
| Enclosures | | 10 |

## DEPOSITS AND OTHER CREDITS

| Date | Amount | Activity Description |
|---|---|---|
| 8/02 | 21.71 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/02 | 228.98 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/02 | 3,602.75 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/02 | 30,954.37 | ORIG:WIRTA 2-H, LLC TRN:P202108020006179 |
| 8/03 | 224.13 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/03 | 15,097.18 | ORIG:WIRTA 2-H, LLC TRN:P202108030003536 |
| 8/04 | 1,556.50 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/04 | 5,677.87 | ORIG:WIRTA 2-H, LLC TRN:P202108040003311 |
| 8/05 | 1,095.93 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |

Member FDIC www.unitedbusinessbank.com • T: 925.476.1880 • F: 925.476.1818

Wirta Hotels LLC
DBA The Quality Inn
General Account
7303 21st Ave NW
Seattle WA 98117-5624

Account Number: [redacted]9922
Period: 08/01/21 - 08/31/21

## DEPOSITS AND OTHER CREDITS

| Date | Amount | Activity Description |
|---|---|---|
| 8/05 | 23,662.57 | ORIG:WIRTA 2-H, LLC TRN:P202108050003665 |
| 8/06 | 1,302.84 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/06 | 10,070.23 | ORIG:WIRTA 2-H, LLC TRN:P202108060004269 |
| 8/09 | 460.92 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/09 | 817.50 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/09 | 43,474.91 | ORIG:WIRTA 2-H, LLC TRN:P202108090004722 |
| 8/10 | 2,101.33 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/11 | 17,417.99 | ORIG:WIRTA 2-H, LLC TRN:P202108110003918 |
| 8/12 | 42,862.00 | Deposit |
| 8/12 | 548.77 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/12 | 10,594.67 | ORIG:WIRTA 2-H, LLC TRN:P202108120003728 |
| 8/13 | 741.28 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/13 | 4,374.81 | ORIG:WIRTA 2-H, LLC TRN:P202108130004516 |
| 8/16 | 234.34 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/16 | 518.33 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/16 | 37,809.27 | ORIG:WIRTA 2-H, LLC TRN:P202108160004839 |
| 8/17 | 3,479.98 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/17 | 14,186.81 | ORIG:WIRTA 2-H, LLC TRN:P202108170017525 |
| 8/18 | 629.36 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/18 | 17,907.64 | ORIG:WIRTA 2-H, LLC TRN:P202108180003837 |

Wirta Hotels LLC
DBA The Quality Inn
General Account
7303 21st Ave NW
Seattle WA 98117-5624

Account Number: ████9922
Period: 08/01/21 - 08/31/21

## DEPOSITS AND OTHER CREDITS

| Date | Amount | Activity Description |
|---|---|---|
| 8/19 | 253.74 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/19 | 13,479.70 | ORIG:WIRTA 2-H, LLC TRN:P202108190003215 |
| 8/20 | 2,927.20 | ORIG:WIRTA 2-H, LLC TRN:P202108200004556 |
| 8/23 | 16,730.00 | Deposit |
| 8/23 | 198.99 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/23 | 565.10 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/23 | 1,027.10 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/23 | 19,741.33 | ORIG:WIRTA 2-H, LLC TRN:P202108230004593 |
| 8/23 | 4,213.06 | Rev: CITY OF SEQUIM/UTIL AUTO 272.0 QUAL INN |
| 8/24 | 4,625.35 | ORIG:WIRTA 2-H, LLC TRN:P202108240039624 |
| 8/25 | 637.80 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/25 | 14,498.80 | ORIG:WIRTA 2-H, LLC TRN:P202108250004378 |
| 8/26 | 592.05 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/26 | 889.96 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/26 | 2,255.12 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/26 | 15,642.33 | ORIG:WIRTA 2-H, LLC TRN:P202108260004206 |
| 8/26 | 40,431.27 | Rev: WA DEPT REVENUE/TAX PYMT 7221258 WI HOTELS |
| 8/27 | 1,057.56 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/27 | 8,321.32 | ORIG:WIRTA 2-H, LLC TRN:P202108270005080 |
| 8/30 | 12.22 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |

Wirta Hotels LLC
DBA The Quality Inn
General Account
7303 21st Ave NW
Seattle WA 98117-5624

Account Number: [redacted]9922
Period: 08/01/21 - 08/31/21

## DEPOSITS AND OTHER CREDITS

| Date | Amount | Activity Description |
|---|---|---|
| 8/30 | 235.26 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/30 | 26,018.26 | ORIG:WIRTA 2-H, LLC TRN:P202108300005600 |
| 8/31 | 21.10 | AMERICAN EXPRESS/SETTLEMENT 5460820418 QUALITY INN 5460820418 |
| 8/31 | 8,899.76 | ORIG:WIRTA 2-H, LLC TRN:P202108310005206 |

## CHECKS

| Date | Check No | Amount | Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|---|---|---|
| 8/02 | 9210 | 107.71 | 8/19 | 9215 | 75.37 | 8/13 | 9591* | 6,000.00 |
| 8/11 | 9212* | 108.80 | 8/03 | 9586* | 1,080.00 | 8/31 | 9592 | 1,500.00 |
| 8/20 | 9213 | 2,770.96 | 8/19 | 9587 | 295.00 | | | |
| 8/17 | 9214 | 275.00 | 8/09 | 9589* | 10,832.83 | | | |

* indicates a break in check number sequence

## OTHER DEBITS AND WITHDRAWALS

| Date | Amount | Activity Description |
|---|---|---|
| 8/03 | 60.26 | BANK OF AMERICA/DISCOUNT 372743097886 QUALITY INN & SUITES S |
| 8/03 | 156.17 | BANK OF AMERICA/FEE 372743097886 QUALITY INN & SUITES S |
| 8/03 | 5,000.00 | PREMIER CAPITAL/SALE WIRTA HOTELS |
| 8/03 | 7,645.57 | BANK OF AMERICA/INTERCHNG 372743097886 QUALITY INN & SUITES S |
| 8/04 | 33.28 | Onyx-Pegasus/REMITTANCE For questions on Remit notice 2991965, c ontact directdebit@onyxpayments.com 2991965 Wirta Hotels LLC |
| 8/04 | 8,417.08 | CARDMEMBER SERV/WEB PYMT ***********9830 PAYABLE,ACCOUNTS 24 |
| 8/05 | 85.19 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 177.04 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |

Wirta Hotels LLC
DBA The Quality Inn
General Account
7303 21st Ave NW
Seattle WA 98117-5624

Account Number: [redacted]9922
Period: 08/01/21 - 08/31/21

## OTHER DEBITS AND WITHDRAWALS

| Date | Amount | Activity Description |
|---|---|---|
| 8/05 | 223.86 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 225.75 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 229.59 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 247.75 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 257.94 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 261.52 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 310.20 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 312.35 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 428.78 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 500.00 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 549.78 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 565.35 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 567.74 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 660.87 | AMERICAN EXPRESS/AXP DISCNT 5460820418 QUALITY INN 5460820418 |
| 8/05 | 669.87 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 709.18 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 771.29 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 797.13 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 803.85 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 861.28 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY |

Wirta Hotels LLC
DBA The Quality Inn
General Account
7303 21st Ave NW
Seattle WA 98117-5624

Account Number: ████9922
Period: 08/01/21 - 08/31/21

## OTHER DEBITS AND WITHDRAWALS

| Date | Amount | Activity Description |
|---|---|---|
| | | INN & S |
| 8/05 | 894.10 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 907.16 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 967.86 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 1,004.36 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 1,230.43 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 1,237.94 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 1,245.91 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 1,282.72 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 1,358.89 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/05 | 1,576.59 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/06 | 2,192.17 | SYSCO SEATTLE/VENDOR PAY Cust #831131 QUALITY INN & SUITES |
| 8/09 | 20.00 | Stop/Hold Fee |
| 8/10 | 15,000.00 | BENE:PREMIER CAPITAL ASSOCIATES LLC TRN:P202108100046255 |
| 8/10 | 100,000.00 | BENE:FOSTER GARVEY PC LAWYER TRUST ACC TRN:P202108100041247 |
| 8/10 | 155.23 | EXPERTPAY/EXPERTPAY 200879148 WIRTA HOTELS LLC |
| 8/10 | 30.00 | OUTGOING WIRE FEE-P202108100046255 |
| 8/10 | 30.00 | OUTGOING WIRE FEE-P202108100041247 |
| 8/11 | 199.50 | WASHINGTON-DSHS/WA53000000 200879148 WIRTA HOTELS LLC |
| 8/11 | 344.85 | Onyx-Pegasus/REMITTANCE For questions on Remit notice 3004860, c ontact directdebit@onyxpayments.com 3004860 Wirta Hotels LLC |
| 8/11 | 5,220.91 | IRS/USATAXPYMT *****2366005878 WIRTA |

Wirta Hotels LLC
DBA The Quality Inn
General Account
7303 21st Ave NW
Seattle WA 98117-5624

Account Number: [redacted]9922
Period: 08/01/21 - 08/31/21

## OTHER DEBITS AND WITHDRAWALS

| Date | Amount | Activity Description |
| --- | --- | --- |
| | | HOTELS LLC |
| 8/13 | 1,614.44 | SYSCO SEATTLE/VENDOR PAY Cust #831131 QUALITY INN & SUITES |
| 8/18 | 80,000.00 | BENE:WIRTA HOTELS LLC TRN:P202108180089224 |
| 8/18 | 312.50 | Onyx-Pegasus/REMITTANCE For questions on Remit notice 3014938, c ontact directdebit@onyxpayments.com 3014938 Wirta Hotels LLC |
| 8/18 | 30.00 | OUTGOING WIRE FEE-P202108180089224 |
| 8/20 | 16.41 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 137.48 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 145.67 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 152.93 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 165.92 | PAYROLL SERVICE/FEE 159923 MERRIGAN, NANCY |
| 8/20 | 172.75 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 173.40 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 195.95 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 223.22 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 261.53 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 350.96 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 425.03 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 431.99 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 480.71 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 489.17 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY |

Account Number: [redacted]9922
Period: 08/01/21 - 08/31/21

Wirta Hotels LLC
DBA The Quality Inn
General Account
7303 21st Ave NW
Seattle WA 98117-5624

## OTHER DEBITS AND WITHDRAWALS

| Date | Amount | Activity Description |
|---|---|---|
| | | INN & S |
| 8/20 | 493.95 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 500.00 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 523.79 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 528.92 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 543.68 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 590.59 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 592.05 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 641.12 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 643.56 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 669.00 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 692.11 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 823.71 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 888.60 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 889.96 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 959.03 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 1,025.27 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 1,093.48 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 1,215.23 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 1,262.68 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |

Wirta Hotels LLC
DBA The Quality Inn
General Account
7303 21st Ave NW
Seattle WA 98117-5624

Account Number: [redacted]9922
Period: 08/01/21 - 08/31/21

## OTHER DEBITS AND WITHDRAWALS

| Date | Amount | Activity Description |
|---|---|---|
| 8/20 | 1,326.41 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 1,411.04 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 1,612.60 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 1,840.67 | PAYROLL/PAYROLL 159923 SEQUIM QUALITY INN & S |
| 8/20 | 20.00 | Stop/Hold Fee |
| 8/23 | 50,000.00 | BENE:WIRTA HOTELS TRN:P202108230045340 |
| 8/23 | 155.23 | EXPERTPAY/EXPERTPAY 200879148 WIRTA HOTELS LLC |
| 8/23 | 640.12 | IRS/USATAXPYMT *****3566008106 WIRTA HOTELS LLC |
| 8/23 | 2,763.19 | CLALLAM PUD/CLALLAM 0000079129 WIRTA HOTELS INC |
| 8/23 | 4,213.06 | CITY OF SEQUIM/UTIL AUTO 272.0 QUALITY INN |
| 8/23 | 20.00 | Stop/Hold Fee |
| 8/23 | 20.00 | Stop/Hold Fee |
| 8/23 | 30.00 | OUTGOING WIRE FEE-P202108230045340 |
| 8/24 | 16.42 | WASHINGTON-DSHS/WA53000000 200879148 WIRTA HOTELS LLC |
| 8/24 | 5,000.00 | FERRELL GAS/WEBPAY 000001349900894 234803562 |
| 8/24 | 20.00 | Stop/Hold Fee |
| 8/25 | 151.73 | Onyx-Pegasus/REMITTANCE For questions on Remit notice 3024786, c ontact directdebit@onyxpayments.com 3024786 Wirta Hotels LLC |
| 8/25 | 5,768.87 | IRS/USATAXPYMT *****3766005444 WIRTA HOTELS LLC |
| 8/26 | 1,029.76 | CARDMEMBER SERV/WEB PYMT ***********9830 PAYABLE,ACCOUNTS 26 |
| 8/26 | 40,431.27 | WA DEPT REVENUE/TAX PYMT 7221258 WIRTA HOTELS |
| 8/30 | 20.70 | Crown Distributi/FintechEFT 20-0879148 Quality Inn & Suites O |

Account Number: ██████9922
Period: 08/01/21 - 08/31/21

Wirta Hotels LLC
DBA The Quality Inn
General Account
7303 21st Ave NW
Seattle WA 98117-5624

## OTHER DEBITS AND WITHDRAWALS

| Date | Amount | Activity Description |
|---|---|---|
| 8/30 | 1,700.00 | Public Utility D/WEB PMTS HYMH2H Quality Inn and Suites |
| 8/31 | 50,000.00 | BENE:WIRTA HOTELS LLC TRN:P202108310060788 |
| 8/31 | 75.00 | SHIFT4-DEBITS/08312021 0001311197 C854 QUALITY INN SUITES |
| 8/31 | 1,819.39 | CARDMEMBER SERV/WEB PYMT ***********9830 PAYABLE,ACCOUNTS 28 |
| 8/31 | 30.00 | OUTGOING WIRE FEE-P202108310060788 |
| 8/31 | .70 | SC Global Item 7 at $ .10 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/02 | 212,613.45 | 8/12 | 211,129.87 | 8/24 | 175,911.40 |
| 8/03 | 213,992.76 | 8/13 | 208,631.52 | 8/25 | 185,127.40 |
| 8/04 | 212,776.77 | 8/16 | 247,193.46 | 8/26 | 203,477.10 |
| 8/05 | 215,613.00 | 8/17 | 264,585.25 | 8/27 | 212,855.98 |
| 8/06 | 224,793.90 | 8/18 | 202,779.75 | 8/30 | 237,401.02 |
| 8/09 | 258,694.40 | 8/19 | 216,142.82 | 8/31 | 192,896.79 |
| 8/10 | 145,580.50 | 8/20 | 191,688.49 | | |
| 8/11 | 157,124.43 | 8/23 | 176,322.47 | | |

**██████9922**

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK.
Please Post to Account: N/A
WIRTA HOTELS LLC
7303 21ST AVE NW
SEATTLE, WA 98117
UNITED BUSINESS BANK
WALNUT CREEK, CA
9210
July 12, 2021
PAY One Hundred Seven and 71/100 Dollars $ **********107.71
TO THE ORDER OF BROTHER'S PLUMBING, INC.
PO BOX 2136
SEQUIM WA 98382-4338
SIGNATURE ON FILE
Memo 55487
⑈9210⑈ ⑆121143781⑆ 8221449922⑈

08/02/2021 9210 $107.71

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK.
Please Post to Account: HOLIDAYINNEXPRESS
WIRTA HOTELS LLC
7303 21ST AVE NW
SEATTLE, WA 98117
UNITED BUSINESS BANK
WALNUT CREEK, CA
9214
August 6, 2021
PAY Two Hundred Seventy Five and 00/100 Dollars $ **********275.00
TO THE ORDER OF HI TECH ELECTRONICS
723 E FRONT ST
PORT ANGELES WA 98362-3610
SIGNATURE ON FILE
Memo 63570
⑈9214⑈ ⑆121143781⑆ 8221449922⑈

08/17/2021 9214 $275.00

B 271431840
>325170848<
First Federal SL PA #002
2021-07-30
0002949359
Batch 128897925
PAY TO THE ORDER OF FIRST FEDERAL SAVINGS & LOAN FOR DEPOSIT ONLY BROTHER'S PLUMBING INC

B 272586519
>325170848<
First Federal SL PA #004
2021-08-16
0004452315
Batch 130710561
PAY TO THE ORDER OF FIRST FEDERAL PORT ANGELES, WA FOR DEPOSIT ONLY

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK.
Please Post to Account: N/A
WIRTA HOTELS LLC
7303 21ST AVE NW
SEATTLE, WA 98117
UNITED BUSINESS BANK
WALNUT CREEK, CA
9212
July 29, 2021
PAY One Hundred Eight and 80/100 Dollars $ **********108.80
TO THE ORDER OF CALL LUKE! LLC
938 W 15TH ST APT 25
PORT ANGELES WA 98363-7267
SIGNATURE ON FILE
Memo 009
⑈9212⑈ ⑆121143781⑆ 8221449922⑈

08/11/2021 9212 $108.80

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK.
Please Post to Account: N/A
WIRTA HOTELS LLC
7303 21ST AVE NW
SEATTLE, WA 98117
UNITED BUSINESS BANK
WALNUT CREEK, CA
9215
August 6, 2021
PAY Seventy Five and 37/100 Dollars $ ***********75.37
TO THE ORDER OF NANCY MERRIGAN
134 RIVER RD
SEQUIM WA 98382-9748
SIGNATURE ON FILE
Memo 08012021
⑈9215⑈ ⑆121143781⑆ 8221449922⑈

08/19/2021 9215 $75.37

B 272145277
1st Security Bank of Washington
8/10/2021
10:41:54
JOLENEK
TMID 183792222138508
325182289
Credit to the Account of the Within Named Payee

B 272586636
>325170848<
First Federal SL PA #003
2021-08-18
0003551919
Batch 131002327

THE BACK OF THIS CHECK CONTAINS A SECURITY MARK - DO NOT ACCEPT WITHOUT HOLDING AT AN ANGLE TO VERIFY SECURITY MARK.
Please Post to Account: N/A
WIRTA HOTELS LLC
7303 21ST AVE NW
SEATTLE, WA 98117
UNITED BUSINESS BANK
WALNUT CREEK, CA
9213
August 3, 2021
PAY Two Thousand Seven Hundred Seventy and 96/100 Dollars $ *********2770.96
TO THE ORDER OF PERFORMANCE SYSTEMS INTEGRATION
19310 NORTH CREEK PKWY STE 109
BOTHELL WA 98011-8006
SIGNATURE ON FILE
Memo 705395
⑈9213⑈ ⑆121143781⑆ 8221449922⑈

08/20/2021 9213 $2,770.96

WIRTA HOTELS LLC
DBA QUALITY INN AND SUITES
134 RIVER ROAD
SEQUIM, WA 98382
UNITED BUSINESS BANK
SEATTLE, WA
9586
07/30/2021
PAY TO THE ORDER OF Lisa Dunn $ **1,080.00
One thousand eighty and 00/100 DOLLARS
Lisa Dunn
9523 Evanston Ave North
Seattle, WA 98103
MEMO
AUTHORIZED SIGNATURE
⑈009586⑈ ⑆121143781⑆8221449922⑈

08/03/2021 9586 $1,080.00

B 272386542
Performance Systems Integration

Lisa Dunn









WIRTA HOTELS LLC
DBA QUALITY INN AND SUITES
134 RIVER ROAD
SEQUIM, WA 98382

UNITED BUSINESS BANK
520 PIKE STREET, STE. 2750
SEATTLE, WA 98101

9587

07/30/2021

PAY TO THE ORDER OF Kathie Snoden $ **295.00

Two hundred ninety-five and 00/100*** DOLLARS

Kathie Snoden
P. O. Box 1054
Sequim, Washington 98382

MEMO

AUTHORIZED SIGNATURE

⑈009587⑈ ⑆121143781⑆8221449922⑈

08/19/2021 9587 $295.00

WIRTA HOTELS LLC
DBA QUALITY INN AND SUITES
134 RIVER ROAD
SEQUIM, WA 98382

UNITED BUSINESS BANK
520 PIKE STREET, STE. 2750
SEATTLE, WA 98101

9592

08/31/2021

PAY TO THE ORDER OF Lisa Dunn $ **1,500.00

One thousand five hundred and 00/100*** DOLLARS

Lisa Dunn
9523 Evanston Ave North
Seattle, WA 98103

MEMO

AUTHORIZED SIGNATURE

⑈009592⑈ ⑆121143781⑆8221449922⑈

08/31/2021 9592 $1,500.00

WIRTA HOTELS LLC
DBA QUALITY INN AND SUITES
134 RIVER ROAD
SEQUIM, WA 98382

UNITED BUSINESS BANK
520 PIKE STREET, STE. 2750
SEATTLE, WA 98101

9589

07/30/2021

PAY TO THE ORDER OF Bret Wirta $ **10,832.83

Ten thousand eight hundred thirty-two and 83/100*** DOLLARS

Bret Wirta
7303 21st Ave NW
Seattle, WA 98117

MEMO

AUTHORIZED SIGNATURE

⑈009589⑈ ⑆121143781⑆8221449922⑈

08/09/2021 9589 $10,832.83

WIRTA HOTELS LLC
DBA QUALITY INN AND SUITES
134 RIVER ROAD
SEQUIM, WA 98382

UNITED BUSINESS BANK
520 PIKE STREET, STE. 2750
SEATTLE, WA 98101

9591

08/09/2021

PAY TO THE ORDER OF Bret Wirta $ **6,000.00

Six thousand and 00/100*** DOLLARS

Bret Wirta
7303 21st Ave NW
Seattle, WA 98117

MEMO

AUTHORIZED SIGNATURE

⑈009591⑈ ⑆121143781⑆8221449922⑈

08/13/2021 9591 $6,000.00



| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | |
|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | | |
| | | | | | | ENTER BALANCE THIS STATEMENT | $ |
| | | | | | | ADD RECENT CREDITS (NOT SHOWN ON THIS STATEMENT) | $ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SUBTOTAL | |
| | | | | | | | |
| | | | | | | SUBTRACT TOTAL CHECKS OUTSTANDING | $ |
| | | | | TOTAL | $ | | |
| **BALANCE** should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows: Interest - ADD Overdraft-DEDUCT Automatic Payment-DEDUCT Automatic Advance-ADD Service Charge-DEDUCT | | | | | | BALANCE | $ |

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 14 DAYS. OTHERWISE STATEMENT WILL BE CONSIDERED CORRECT AND CHECKS GENUINE. ALL CREDITS ARE SUBJECT TO FINAL PAYMENT.

*Printed check charges include tax and shipping.

If your checkbook and statement do not balance, have you:

- ☐ Accounted for charges?
- ☐ Verified additions and subtractions in your checkbook?
- ☐ Compared canceled checks to check stub?
- ☐ Compared credit amounts on statement to your checkbook?

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the number or address shown on the front of this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on this statement or receipt. We must hear from you no later than sixty days after we sent you the FIRST statement on which the problem or error appeared. If you have a question concerning your statement, please be prepared to:

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten business days. We will determine whether an error occurred within ten business days after we hear from you and will correct any error promptly. If we need more time however, we may take up to forty-five days to investigate your complaint or question, if we decide to do this, we will credit your account within ten business days for the amount you think is in error, so that you will have use of the money during the time that it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten business days, we may not credit your account. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to ninety days to investigate your complaint or question. For new accounts, we may take up to twenty days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## IMPORTANT INFORMATION ABOUT YOUR HOME EQUITY, OVERDRAFT OR PERSONAL CREDIT LINE ACCOUNT

**How We Determine Your Balance Subject to Interest Rate:** We determine the Interest Charge on your Credit Line Account by applying the periodic rate to the “daily balance” of your Credit Line Account for each day in the billing cycle. To get the daily balance, we take the beginning balance of your Credit Line Account each day, add any new advances and subtract any payments or credits and any unpaid interest or other finance charges. This gives us the “daily balance”. The interest charged to your Credit Line Account is determined by applying the applicable daily “Periodic Rate” to the balance described herein. Then we add together the periodic interest charges for each day in the billing cycle.

If you have a balance owing on your Credit Line Account or have any account activity, we will send you a periodic statement. If will show, among other things, credit advances, interest charges, fees, other charges, payments made, other credits, your “Previous Balance”, and your “New Balance”. Your statement will also identify the Minimum Payment you must make for that billing period and the date it is due. Your payments will be due monthly. If you have elected to have the bank automatically debit your payment from your checking account, the Bank will deduct the required minimum payment from your account on the date that you have selected. If you wish to make additional payments, you may do so, and all such payments will be charged first against the outstanding interest on your account and then against the principal balance.

***What To Do If You Think You Find A Mistake On Your Home Equity, Overdraft or Personal Credit Line Statement***

If you think there is an error on your statement, write to us (on a separate sheet) at the address shown on your statement.

In your letter, give us the following information:

- *Account Information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## FUNDS AVAILABILITY POLICY

A hold for uncollected funds may be placed on funds credited by check or similar instruments. This could delay your ability to withdraw such Funds. The delay, if any, would not exceed the period of time permitted by law. For a complete copy of United Business Bank Funds Availability Policy, please contact our office or write to us at the address shown on the front of this statement.

DDA-UBB REV. 02/20