

**UNITED BUSINESS BANK**

500 Ygnacio Valley Road • Suite 130
Walnut Creek, CA 94596

Wirta 2-H LLC
7303 21st Ave NW
Seattle WA 98117-5624

| SMALL BUSINESS CKG (UBB) | ██4013 |
|---|---|

### Summary of Activity Since Your Last Statement

| | | | |
|---|---|---|---|
| Beginning Balance | 8/01/21 | $79,472.51 |
| Deposits / Misc Credits | 0 | $0.00 |
| Withdrawals / Misc Debits | 3 | $40,397.30 |
| Ending Balance | 8/31/21 | $39,075.21 |
| Service Charge | | .00 |
| | | |
| Average Balance | | 43,202 |
| Average Collected Balance | | 43,202 |
| Minimum Balance | | 39,075 |

## OTHER DEBITS AND WITHDRAWALS

| Date | Amount | Activity Description |
|---|---|---|
| 8/03 | 38,223.70 | BENE:WELLS FARGO TRN:P202108030041162 |
| 8/03 | 30.00 | OUTGOING WIRE FEE-P202108030041162 |
| 8/25 | 2,143.60 | Capital Insuranc/VENDOR PMT #149953710 Capital Ins Group |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 8/03 | 41,218.81 | 8/25 | 39,075.21 | | |

| CHECKS OUTSTANDING | | | | | | CHECKBOOK RECONCILIATION | | |
|---|---|---|---|---|---|---|---|---|
| DATE OR # | AMOUNT | DATE OR # | AMOUNT | DATE OR # | AMOUNT | **ENTER** BALANCE THIS STATEMENT | $ | |
| | | | | | | **ADD** RECENT CREDITS (NOT SHOWN ON THIS STATEMENT) | $ | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | **SUBTOTAL** | | |
| | | | | | | **SUBTRACT** ▶ TOTAL CHECKS OUTSTANDING | $ | |
| | | | | **TOTAL** | $ | **BALANCE** | $ | |

**BALANCE** should agree with your checkbook balance after deducting charges and adding credits not shown in your checkbook but included on this statement as follows:
Interest - ADD   Overdraft-DEDUCT   Automatic Payment-DEDUCT   Automatic Advance-ADD   Service Charge-DEDUCT

PLEASE REPORT ANY ERRORS OR OMISSIONS WITHIN 14 DAYS. OTHERWISE STATEMENT WILL BE CONSIDERED CORRECT AND CHECKS GENUINE.
ALL CREDITS ARE SUBJECT TO FINAL PAYMENT.                                                                 *Printed check charges include tax and shipping.

If your checkbook and statement do not balance, have you:   ☐ Accounted for charges?   ☐ Verified additions and subtractions in your checkbook?   ☐ Compared canceled checks to check stub?   ☐ Compared credit amounts on statement to your checkbook?

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone or write us at the number or address shown on the front of this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on this statement or receipt. We must hear from you no later than sixty days after we sent you the FIRST statement on which the problem or error appeared.  If you have a question concerning your statement, please be prepared to:
- • Tell us your name and account number (if any).
- • Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- • Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten business days.  We will determine whether an error occurred within ten business days after we hear from you and will correct any error promptly.  If we need more time however, we may take up to forty-five days to investigate your complaint or question, if we decide to do this, we will credit your account within ten business days for the amount you think is in error, so that you will have use of the money during the time that it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten business days, we may not credit your account. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to ninety days to investigate your complaint or question. For new accounts, we may take up to twenty days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## IMPORTANT INFORMATION ABOUT YOUR HOME EQUITY, OVERDRAFT OR PERSONAL CREDIT LINE ACCOUNT

**How We Determine Your Balance Subject to Interest Rate:** We determine the Interest Charge on your Credit Line Account by applying the periodic rate to the "daily balance" of your Credit Line Account for each day in the billing cycle. To get the daily balance, we take the beginning balance of your Credit Line Account each day, add any new advances and subtract any payments or credits and any unpaid interest or other finance charges. This gives us the "daily balance". The interest charged to your Credit Line Account is determined by applying the applicable daily "Periodic Rate" to the balance described herein. Then we add together the periodic interest charges for each day in the billing cycle.

If you have a balance owing on your Credit Line Account or have any account activity, we will send you a periodic statement. If will show, among other things, credit advances, interest charges, fees, other charges, payments made, other credits, your "Previous Balance", and your "New Balance". Your statement will also identify the Minimum Payment you must make for that billing period and the date it is due. Your payments will be due monthly. If you have elected to have the bank automatically debit your payment from your checking account, the Bank will deduct the required minimum payment from your account on the date that you have selected. If you wish to make additional payments, you may do so, and all such payments will be charged first against the outstanding interest on your account and then against the principal balance.

### What To Do If You Think You Find A Mistake On Your Home Equity, Overdraft or Personal Credit Line Statement

If you think there is an error on your statement, write to us (on a separate sheet) at the address shown on your statement.

In your letter, give us the following information:
- • *Account Information:* Your name and account number.
- • *Dollar Amount:* The dollar amount of the suspected error.
- • *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- • We cannot try to collect the amount in question, or report you as delinquent on that amount.
- • The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- • While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- • We can apply any unpaid amount against your credit limit.

## FUNDS AVAILABILITY POLICY

A hold for uncollected funds may be placed on funds credited by check or similar instruments. This could delay your ability to withdraw such Funds. The delay, if any, would not exceed the period of time permitted by law. For a complete copy of United Business Bank Funds Availability Policy, please contact our office or write to us at the address shown on the front of this statement.

DDA-UBB REV. 02/20