**First Federal**

PO Box 351
Port Angeles, WA 98362-0055

**RETURN SERVICE REQUESTED**

WIRTA HOTELS LLC
BRET A WIRTA
PATRICIA L WIRTA
7303 21ST AVE NW
SEATTLE WA 98117-5624

**Managing Your Accounts**

 Customer Service (360) 417-3204

 Mailing Address    PO Box 351
Port Angeles, WA 98362

 Website    Ourfirstfed.com



LIMITED TIME ONLY
**Get 0% APR***
for 20 billing cycles with a new
First Fed Platinum Credit Card

*Platinum Card Promotion: 0% APR for 20 Months. Our Platinum credit card comes with an introductory interest rate of 0% annual percentage rate (APR) for 20 months when opened by September 30, 2021.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Everyday Business | XXXXXX9509 | $244,535.64 |

## Everyday Business-XXXXXX9509

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 07/31/2021 | **Beginning Balance** | **$147,142.59** |
| | 41 Credit(s) This Period | $104,323.97 |
| | 10 Debit(s) This Period | -$6,930.92 |
| 08/31/2021 | **Ending Balance** | **$244,535.64** |
| | Service Charges | $20.00 |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 08/18/2021 | WIRE FROM WIRTA HOTELS LLC | $80,000.00 |
| 08/23/2021 | Night Deposit | $3.27 |
| 08/23/2021 | Night Deposit | $23.94 |
| 08/23/2021 | NIGHT DEPOSIT | $6,704.36 |
| 08/23/2021 | Night Deposit | $23.94 |
| 08/23/2021 | Night Deposit | $47.88 |
| 08/23/2021 | NIGHT DEPOSIT | $69.59 |
| 08/23/2021 | Night Deposit | $43.00 |
| 08/23/2021 | night deposit | $13.07 |
| 08/23/2021 | night deposit | $28.30 |
| 08/23/2021 | Night Deposit | $27.22 |

 Member FDIC


### CUSTOMER ACCOUNT DISCLOSURES AND INFORMATION

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSACTIONS:**

Call us at 360-417-3204 or 1-800-800-1577 or write us at the address listed below, or email us at askus@ourfirstfed.com as soon as you can, if you think that your statement or receipt is wrong, or if you need more information about a transaction on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

> First Federal
> PO Box 351
> Port Angeles, WA 98362

(1) Tell us your name and account number (if any). (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

If we receive written notification of any unauthorized VISA® transaction, First Federal will provide provisional credit within 5 business days.

**BALANCING YOUR ACCOUNT**

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

**1** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

**2** Enter into your check register and SUBTRACT:
- Checks or other deductions shown on your statement that you have *not* already entered.
- Any service charges or fees, if any, shown on your statement.

**3** Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The interest earned shown on your statement, if any.

**4** List from your check register any checks or other deductions that are *not* shown on your statement.

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➡ | $ |

**5** List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| TOTAL ➡ | $ |

**6** Enter ending balance shown on your statement.

$

**7** Add 5 and 6 then enter total here.

$

**8** Enter total from 4.

$

**9** Subtract 8 from 7 and enter difference here.

$

This amount should agree with your check register balance.

**FDIC**


EQUAL HOUSING LENDER

 # First Federal

## Everyday Business-XXXXXX9509 (continued)

### Deposits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 08/23/2021 | NIGHT DEPOSIT | $11.98 |
| 08/23/2021 | Night Deposit | $14.16 |
| 08/23/2021 | NIGHT DEPOSIT | $561.09 |
| 08/23/2021 | Night Deposit | $28.31 |
| 08/23/2021 | Night Deposit | $2.18 |
| 08/23/2021 | NIGHT DROP | $17.61 |
| 08/23/2021 | night deposit | $33.20 |
| 08/23/2021 | Night Deposit | $1,221.75 |
| 08/23/2021 | night deposit | $3,257.31 |
| 08/23/2021 | NIGHT DEPOSIT | $337.83 |
| 08/23/2021 | Night Deposit | $18.50 |
| 08/23/2021 | Night Drop | $6.54 |
| 08/23/2021 | Night Deposit | $247.46 |
| 08/23/2021 | Night Drop | $8.72 |
| 08/23/2021 | Night Drop | $27.75 |
| 08/23/2021 | DEPOSIT SEQUIM VILLAGE | $434.46 |

### Electronic Credits

| Date | Description | Amount |
|------|-------------|--------|
| 08/03/2021 | CORP LODG CON 3 DLY QPY CR CCD | $258.85 |
| 08/04/2021 | CORP LODG CON 3 DLY QPY CR CCD | $87.45 |
| 08/06/2021 | CORP LODG CON 3 DLY QPY CR CCD | $524.70 |
| 08/10/2021 | CORP LODG CON 3 DLY QPY CR CCD | $260.35 |
| 08/12/2021 | CORP LODG CON 3 DLY QPY CR CCD | $87.45 |
| 08/13/2021 | CORP LODG CON 3 DLY QPY CR CCD | $80.95 |
| 08/16/2021 | CORP LODG CON 3 DLY QPY CR CCD | $437.25 |
| 08/17/2021 | CORP LODG CON 3 DLY QPY CR CCD | $262.35 |
| 08/18/2021 | CORP LODG CON 3 DLY QPY CR CCD | $87.45 |
| 08/23/2021 | CORP LODG CON 3 DLY QPY CR CCD | $256.35 |
| 08/24/2021 | CORP LODG CON 3 DLY QPY CR CCD | $1,399.20 |
| 08/27/2021 | CORP LODG CON 3 DLY QPY CR CCD | $259.85 |
| 08/31/2021 | CORP LODG CON 3 DLY QPY CR CCD | $1,136.85 |

### Other Credits

| Date | Description | Amount |
|------|-------------|--------|
| 08/19/2021 | CORRECTION - EXPEDIA INC | $5,971.50 |

### Electronic Debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/05/2021 | CORP LODG CON 4 WEK DRF DB CCD | $10.48 |
| 08/06/2021 | CORP LODG CON 5 MCES DB CCD | $31.38 |
| 08/06/2021 | USA TODAY ACH PPD | $133.40 |
| 08/12/2021 | CORP LODG CON 4 WEK DRF DB CCD | $26.20 |
| 08/13/2021 | CORP LODG CON 5 MCES DB CCD | $58.22 |
| 08/19/2021 | CORP LODG CON 4 WEK DRF DB CCD | $26.20 |
| 08/19/2021 | EXPEDIA, INC. 10076328_3 CCD | $5,971.50 |
| 08/20/2021 | CORP LODG CON 5 MCES DB CCD | $88.78 |

### Other Debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/10/2021 | ACCOUNT ANALYSIS SERVICE CHARGE | $20.00 |
| 08/12/2021 | INTERNET TFR TO CHK 0256092204 *AUG HEALTH CARE REIMB* | $564.76 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08/03/2021 | $147,401.44 | 08/04/2021 | $147,488.89 | 08/05/2021 | $147,478.41 |



## Everyday Business-XXXXXX9509 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08/06/2021 | $147,838.33 | 08/17/2021 | $148,297.50 | 08/24/2021 | $243,138.94 |
| 08/10/2021 | $148,078.68 | 08/18/2021 | $228,384.95 | 08/27/2021 | $243,398.79 |
| 08/12/2021 | $147,575.17 | 08/19/2021 | $228,358.75 | 08/31/2021 | $244,535.64 |
| 08/13/2021 | $147,597.90 | 08/20/2021 | $228,269.97 | | |
| 08/16/2021 | $148,035.15 | 08/23/2021 | $241,739.74 | | |