# Peoples Bank

*For 24-hour account information call*
1-800-807-3777
www.peoplesbank-wa.com

Last statement: July 30, 2021
This statement: August 31, 2021
Total days in statement period: 32

Page 1 of 2
█████3231
(1)

Direct inquiries to:
Customer Service, 800-584-8859

WIRTA HOTELS LLC
"QUALITY INN & SUITES- OLYMPIC NAT PRK"
7303 21ST AVE NW
SEATTLE WA 98117-5624

Peoples Bank
5600 24TH Ave NW
Seattle WA 98107

---

## Business Essentials

| | | | |
|---|---|---|---|
| Account number | █████3231 | Beginning balance | $42,862.00 |
| Enclosures | 1 | Total additions | 100,000.00 |
| Low balance | $0.00 | Total subtractions | 42,902.00 |
| Average balance | $33,033.00 | Ending balance | $99,960.00 |
| Avg collected balance | $33,033.00 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1002 | 08-13 | 42,862.00 | | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 08-23 | ' Fee-Domestic Wire IN | 15.00 |
| | 202108230048779 WIRTA HOTELS LLC | |
| 08-31 | ' Fee-Domestic Wire IN | 15.00 |
| | 202108310068448 WIRTA HOTELS LLC | |
| 08-31 | ' Fees And Charges | 10.00 |
| | MONTHLY SVC CHARGE | |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 08-23 | ' Incoming Wire | 50,000.00 |
| | ████8779 WIRTA HOTELS LLC | |
| 08-31 | ' Incoming Wire | 50,000.00 |
| | ████8448 WIRTA HOTELS LLC | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-30 | 42,862.00 | 08-23 | 49,985.00 | | |
| 08-13 | 0.00 | 08-31 | 99,960.00 | | |



For 24-hour account information call
1-800-807-3777
www.peoplesbank-wa.com

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Peoples Bank*

WIRTA HOTELS LLC
QUALITY INN & SUITES OLYMPIC NATL PARK
7300 21ST AVE NW
SEATTLE, WA 98117

1002

98-662/1251
129

8/11/21

Date

Pay to the
Order of ___ Wirta Hotels - LLC ___ $ 42,862 00

Forty-two thousand eight hundred sixty two ___ Dollars

PeoplesBank
Ballard Office
1-800-584-8859
www.peoplesbank-wa.com

For _transfer_

Patricia L. Winter

⑆125104425⑆6298⑈03323⑈1002

08/13/2021   1002   $42,862.00

## GENERAL INFORMATION

Please examine this statement to make certain that the bank's records and your own agree. Should you find any discrepancies, please contact Customer Service at the number shown on the front of the statement.

## IMPORTANT INFORMATION

Deposits or payments made on a Saturday, Sunday or holiday at any office of this bank will be credited to your account as if received on the next business day.

## Balance Information

The Bank uses available balance to determine whether funds are available in an account and an overdraft or non-sufficient funds (NSF) fee may be assessed if funds are unavailable. The ledger balance is the balance in your account after all previous day's activity has been posted. Holds are defined as any debit card holds, check holds or operational holds and will be subtracted from the ledger balance before items are posted according to the bank's processing order.

It is important to understand the processing order because it can impact the fees you pay. All credit transactions will be processed before debits. Debits will be processed in ascending amount order by category and each category will process in the following order:

1. In Branch Transactions/Checks Negotiated in a Peoples Bank Branch/ATM Transactions /Transfers/Outgoing Wires/Person to Person Transactions/Overdraft or NSF Fees from Previous Day's Transactions/Deposit Return Items
2. Preauthorized Transactions/ACH/Debit Card Transactions/Bill Payments
3. Checks Processed at Other Financial Institutions
4. Other Peoples Bank Fees or Service Charges

Occasionally, either upon customer request or bank error, the bank may refund an Overdraft or NSF Fee Charge. When a refund is processed on your account, you will also see it on your statement with the specific reason code for the refund as listed below.

## Loan and Credit Line Information

Information about your loan and/or credit line accounts are provided for informational purposes only. Please refer to your loan statement or loan agreement for further information.

## In Case of Errors or Inquiries About the Electronic Transfers Portion of Your Statement

Please contact us at the phone number and/or address shown on your statement as soon as you can if you think your statement or receipt is incorrect, or if you need more information about a transfer. In order to investigate the problem or error, we need to hear from you no later than 60 days after the date of the FIRST statement on which the item appeared.

## Please Include the Following Information:

- Your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Please include the dollar amount of the suspected error.

If you share your concern with us by phone, we may require that you send us your complaint or questions in writing within 10 business days.

We will share the results of our investigation within 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) after receipt of your complaint as described above and will correct any error immediately. It may, however, take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or questions. Should we need to do this we will credit your account within 10 business days (5 business days if the transfer involved a point-of-sale transaction and 20 business days if the transfer involved a new account) for the amount you think is in error, enabling you to have the use of the money during this investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless you already have an established account with us before this account is open. You may ask for copies of the documents that we used in our investigation.

We will send you a written explanation within three business days after we finish our investigation if we find there was no error. You may ask for copies of the documents that we used in our investigation.

## Lost or Stolen Cards

**Report lost or stolen Cash Cards or Debit Cards immediately to your branch of account or call 1-800-584-8859.**

Direct written inquiries or to request a copy of item(s) not included in this statement to:

Peoples Bank
Operations Center
Post Office Box 233
Lynden, WA 98264

Or call the Customer Service number listed on the front of this statement.

---

# Balance Your Account
## Checks Outstanding

**1** Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column.

| Check No. | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

**2**

| | |
|---|---|
| **Enter** your checkbook balance | |
| **Add** any credits made to your account through transfers, interest, etc. as shown on this statement. | |
| (Be sure to enter these in your checkbook.) | |
| Subtotal | |
| **Subtract** account fees (if any) | |
| Adjusted checkbook balance | **A** |

**3**

| | |
|---|---|
| Bank balance shown on this statement | |
| **Add** deposits shown in your checkbook, but not shown on this statement, because they were made and received after the date of this statement. | |
| Subtotal | |
| **Subtract** checks outstanding | |
| Adjusted bank balance | **B** |

Your checkbook is in balance if line **A** agrees with line **B**.

| Overdraft/ NSF Fee Refund Reasons | |
|---|---|
| **Description** | **Code** |
| Overdraft due to Card Hold | CHD |
| Provisional Credit Removed | EFT |
| In Process of Closing Account | CLS |
| One-Time Lifetime Courtesy Refund (per account) | CRT |
| Fraudulent/Unauthorized Transactions | FRD |
| Bank Error | ERR |

**We suggest you retain this statement for your records.**

PB10687ID (6/20)